UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY L. PATTON,<br><br>    Plaintiff,<br><br>    v.<br><br>F.N.P. LOADHOLT, et al.,<br><br>    Defendants. | No. 2:19-cv-0451 KJN P<br><br><br>ORDER |

Plaintiff is a prisoner, proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

On September 12, 2019, the court ordered the United States Marshal to serve the complaint on defendants. Process directed to defendant Vidal Sanchez was returned unserved because not deliverable as addressed, unable to forward. Therefore, plaintiff must provide additional information to serve this defendant. Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Calif. Gov't. Code §§ 6250, et seq., or other means available to plaintiff. If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send to plaintiff one USM-285 form, one summons, along with an instruction sheet and a copy of the amended complaint filed June 7, 2019;

2. Within sixty days from the date of this order, plaintiff shall complete and submit the attached Notice of Submission of Documents to the court, with the following documents:

    a. One completed USM-285 form for each defendant;

    b. Two copies of the endorsed amended complaint filed June 7, 2019; and

    c. One completed summons form or show good cause why he cannot provide such information.

Dated: March 4, 2020

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

patt0451.8e(2)

|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | UNITED STATES DISTRICT COURT | |
| 9 | FOR THE EASTERN DISTRICT OF CALIFORNIA | |

| | |
|---|---|
| ANTHONY L. PATTON,<br><br>      Plaintiff,<br><br>  v.<br><br>F.N.P. LOADHOLT, et al.<br><br>      Defendants. | No. 2:19-cv-0451 KJN P<br><br><br>NOTICE OF SUBMISSION OF DOCUMENTS |

    Plaintiff hereby submits the following documents in compliance with the court's order filed _____ :

    \_\_\_\_      completed summons form

    \_\_\_\_      completed USM-285 forms

    \_\_\_\_      copies of the _____

                           Complaint

DATED:

                                                  _____

                                                  Plaintiff