UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY L. PATTON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>F.N.P. LOADHOLT, et al.,<br><br>　　　　　Defendants. | No. 2: 19-cv-0451 KJM KJN P<br><br><br>ORDER |

　　　　Plaintiff is a state prisoner, proceeding without counsel with a civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's September 21, 2020 motion to amend the scheduling order. (ECF No. 76.) Also pending is defendants' October 1, 2020 motion to modify the scheduling order. (ECF No. 79.) For the reasons stated herein, these motions are granted.

　　　　The dispositive motion deadline was October 2, 2020. (ECF No. 40.) On September 18, 2020, the undersigned ordered the United States Marshal to serve process on defendant Brar. (ECF No. 74.) On August 19, 2020, the undersigned denied plaintiff's motion to file a second amended complaint and granted plaintiff thirty days to file a third amended complaint. (ECF No. 68.) On September 21, 2020, plaintiff filed a motion for leave to file a third amended complaint and a proposed third amended complaint. (ECF Nos. 76, 77.)

////

1

In their pending motion, defendants request that the October 2, 2020 dispositive motion deadline be vacated and reset for 60 days after resolution of plaintiff's pending motion to amend or 60 days after the close of discovery, if plaintiff is allowed to proceed on claims against the newly identified defendants. (ECF No. 79.) Defendants also request that the dispositive motion deadline be reset because defendant Brar has not yet been served. (Id.) In his pending motion, plaintiff also requests that the October 2, 2020 dispositive motion deadline be vacated. (ECF No. 76.)

Good cause appearing, the motions to modify the scheduling order are granted. The dispositive motion deadline is vacated and will be reset following resolution of plaintiff's motion to amend or after the close of discovery if plaintiff is allowed to proceed on claims against the newly identified defendants.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion amend the scheduling order (ECF No. 76) is granted;
2. Defendants' motion to modify the scheduling order (ECF No. 79) is granted;
3. The October 2, 2020 dispositive motion deadline is vacated; the dispositive motion deadline will be reset at a later date.

Dated: October 6, 2020

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Patt451.mod