UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY L. PATTON,<br><br>   Plaintiff,<br><br>   v.<br><br>F.N.P. LOADHOLT, et al.,<br><br>   Defendants. | No.  2:19-cv-0451 KJM KJN P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 13, 2020, the magistrate judge filed findings and recommendations, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Plaintiff has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case.  Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 13, 2020, are adopted in full;

2. Defendant Kelso's motion to dismiss (ECF No. 44) is granted given that defendant Kelso is entitled to quasi-judicial immunity; and

3. This matter is referred back to the assigned Magistrate Judge for all further pretrial proceedings.

DATED: October 30, 2020.

CHIEF UNITED STATES DISTRICT JUDGE