UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY L. PATTON,<br><br>Plaintiff,<br><br>v.<br><br>F.N.P. LOADHOLT, et al.,<br><br>Defendant. | No. 2: 19-cv-0451-KJM-KJN P<br><br><br><br>ORDER |

With reference to the mailbox rule, on December 28, 2020, plaintiff filed a request for reconsideration of the magistrate judge's order filed December 15, 2020, denying plaintiff's motion for additional discovery. ECF No. 95. As provided by E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." *Id.* Upon review of the file, the court finds the magistrate judge's ruling was not clearly erroneous or contrary to law.

Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed December 15, 2020, is affirmed.

DATED: July 13, 2021.

CHIEF UNITED STATES DISTRICT JUDGE