UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY L. PATTON, | No. 2: 19-cv-0451 KJM KJN P |
| Plaintiff, | |
| v. | ORDER |
| F.N.P. LOADHOLT, et al., | |
| Defendants. | |

  Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

  On November 19, 2020, the magistrate judge filed amended findings and recommendations, ECF No, 92 (amending ECF No. 90), which were served on all parties and which contained notice to all parties that any objections to the amended findings and recommendations were to be filed within fourteen days. On December 8, 2020, plaintiff filed objections to the findings and recommendations. ECF No. 96 at 1–2, 5. Although plaintiff's objections are untimely, the undersigned has considered them.

  On November 25, 2020, the magistrate judge also filed findings and recommendations, ECF No. 93, which were served on all parties and which contained notice to all parties that any

/////

1  objections to the findings and recommendations were to be filed within fourteen days.   Plaintiff
2  has filed objections to these findings and recommendations.  ECF No. 96 at 3-5.
3         On December 4, 2020, the magistrate judge filed additional findings and
4  recommendations, ECF No. 94, which were served on all parties and which contained notice to
5  all parties that any objections to the findings and recommendations were to be filed within
6  fourteen days.  Plaintiff filed objections to these findings and recommendations.  ECF No. 96.
7         In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this
8  court has conducted a *de novo* review of this case.  Having reviewed the file, the court finds each
9  of the findings and recommendations, ECF Nos. 92, 93, 94, to be supported by the record and by
10 the proper analysis.  Given the granting of leave to file third amended complaint, the court will by
11 separate order appoint counsel for the limited purpose of assisting with the amended pleading.
12        Accordingly, IT IS HEREBY ORDERED that:
13        1.  The amended findings and recommendations filed November 19, 2020 are adopted in
14 full, and defendant Sanchez is dismissed.
15        2.  The findings and recommendations filed November 25, 2020 are adopted in full; and
16 plaintiff's motion for leave to file a third amended complaint, ECF No. 77, is granted as to
17 plaintiff's claims against defendants McCabe, McGuiness, Bick and Ditomas, and denied as to
18 the claims against defendant Plasencia.
19        3.  The amended findings and recommendations filed December 4, 2020 are adopted in
20 full, and defendant Brar is dismissed.
21 DATED:  September 30, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE