UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY L. PATTON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>F.N.P. LOADHOLT, et al.,<br><br>　　　　Defendants. | No. 2:19-cv-0451 KJM KJN P<br><br><br>ORDER APPOINTING<br>LIMITED PURPOSE COUNSEL |

　　　　Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983.  The court finds that the appointment of counsel for plaintiff is warranted for the limited purpose of drafting an amended complaint.  Agnieszka M. Gill has been selected from the court's pro bono attorney panel to represent plaintiff for this limited purpose and has agreed to be appointed.

　　　　Accordingly, IT IS HEREBY ORDERED that:

1. Agnieszka M. Gill is appointed as limited purpose counsel in the above titled matter.  This appointment is for the limited purpose of investigating the claim, then drafting and filing an amended complaint.  The amended complaint will be due 120 days from the date of this order.

2. Agnieszka M. Gill's appointment will terminate when plaintiff's amended complaint is filed, or files a notice that an amended complaint would not be appropriate.

3. Appointed counsel shall notify Sujean Park via email at spark@caed.uscourts.gov if they have any questions related to the appointment.

4. The Clerk of the Court is directed to serve a copy of this order upon Agnieszka M. Gill, Law Office of Agnieszka M. Gill, 1824 Fulton St., Suite 119, Fresno, CA 93721.

DATED: September 30, 2021.

CHIEF UNITED STATES DISTRICT JUDGE

2