UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY L. PATTON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>F.N.P. LOADHOLT, et al.,<br><br>　　　　Defendants. | No. 2: 19-cv-0451 KJM KJN P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding with a civil rights action pursuant to 42 U.S.C. § 1983. On October 1, 2021, the court appointed counsel for the limited purpose of drafting an amended complaint. (ECF No. 102.) The court ordered the amended complaint due within 120 days from the date of the order. (Id.) One hundred twenty days passed and plaintiff's counsel did not file an amended complaint.

Accordingly, IT IS HEREBY ORDERED that within fourteen days of the date of this order, plaintiff's counsel shall show cause for their failure to file an amended complaint.

Dated: February 4, 2022

_/s/ Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Pat451.osc

1