UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY L. PATTON, | No.  2:19-cv-0451 KJM KJN P |
| Plaintiff, | |
| v. | ORDER |
| F.N.P. LOADHOLT, et al., | |
| Defendants. | |

     Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

     On June 15, 2022, the magistrate judge filed findings and recommendations, which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days.  Plaintiff has filed objections to the findings and recommendations.  Defendant has replied.

     In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case.  Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.  Even if the additional information in plaintiff's objections were incorporated into an amended complaint, plaintiff would not state a claim against Dr. DiTomas.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 15, 2022 (ECF No. 126), are adopted in full;

2. Defendants' motion to dismiss (ECF No. 122) is granted;

3. The claims against defendant DiTomas are dismissed with prejudice; and

4. This matter is referred back to the assigned magistrate judge for all further pretrial proceedings.

DATED: August 18, 2022.

CHIEF UNITED STATES DISTRICT JUDGE