1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    ANTHONY L. PATTON,                        No.  2: 19-cv-0451 KJM KJN P

12                    Plaintiff,

13            v.                                 <u>ORDER</u>

14    F.N.P. LOADHOLT, et al.,

15                    Defendants.

16

17          Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant

18    to 42 U.S.C. § 1983.  For the reasons stated herein, the undersigned resets the dispositive motion

19    deadline.

20          On September 12, 2019, the undersigned ordered service of plaintiff's first amended

21    complaint on nine defendants, including defendants Aguilera, Dhillon, Haile and Rading.  (ECF

22    No. 11.)  On March 12, 2020, defendants Aguilera, Dhillon, Haile and Rading answered the

23    amended complaint.  (ECF No. 39.)

24          Discovery closed on July 10, 2020.  (ECF No. 40.)  On October 7, 2020, the undersigned

25    vacated the dispositive motion deadline pending resolution of plaintiff's motion to amend.  (ECF

26    No. 82.)  On November 25, 2020, the undersigned recommended that plaintiff's motion to amend

27    be granted in part and denied in part.  (ECF No. 93.)  On September 30, 2021, the Honorable

28    Kimberly J. Mueller adopted the November 25, 2020 findings and recommendations.  (ECF No.

                                              1

1   101.)

2        On October 1, 2021, Judge Mueller appointed counsel for the limited purpose of drafting

3   an amended complaint for plaintiff.  (ECF No. 102.)  On February 10, 2022, counsel filed a fifth

4   amended complaint on plaintiff's behalf.  (ECF No. 106.)  Named as defendants in the fifth

5   amended complaint are defendants Aguilera, Dhillon, Haile and Rading and newly named

6   defendant DiTomas.  (Id.)  On February 24, 2022, defendants Aguilera, Dhillon, Haile and

7   Rading answered the fifth amended complaint.  (ECF No. 108.)

8        On May 23, 2022, the court dismissed the doe defendants named in the fifth amended

9   complaint.  (ECF No. 124.)  On August 19, 2022, the court granted defendants' motion to dismiss

10  the claims against defendant DiTomas raised in the fifth amended complaint.  (ECF No. 130.)

11       Good cause appearing, the undersigned herein resets the dispositive motion deadline.

12       Accordingly, IT IS HEREBY ORDERED that on or before November 4, 2022, the parties

13  may file dispositive motions; failure to file a timely opposition to a dispositive motion may be

14  deemed a waiver of opposition.

15  Dated:  August 29, 2022

16

17                                           KENDALL J. NEWMAN
                                             UNITED STATES MAGISTRATE JUDGE
18

19

20

21

22

23

24
    Pat451.sch
25

26

27

28

                                             2