IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANTHONY L. PATTON,**<br><br>                              Plaintiff,<br><br>     v.<br><br>**F.N.P. LOADHOLT, et al.,**<br><br>                              Defendant. | Case No. 2:19-cv-00451-KJM-KJN (PC)<br><br>**ORDER** |

Having reviewed Defendants' Motion to Modify the Scheduling Order and Reopen Discovery, and good cause appearing, IT IS HEREBY ORDERED THAT:

1. Defendants' motion to modify the scheduling order and reopen discovery (ECF No. 133) is granted;
2. Discovery is reopened for the forty-five days following the date of this order for the limited purpose of defendants taking plaintiff's deposition;
3. The dispositive motion deadline of November 4, 2022 is vacated and reset to January 13, 2023.

Dated:  September 22, 2022

patt451.mod(2)

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE