IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANTHONY L. PATTON,** | Case No. 2:19-cv-00451-KJM-KJN (PC) |
| Plaintiff, | **ORDER** |
| v. | |
| **F.N.P. LOADHOLT, et al.,** | |
| Defendant. | |

Pending before the court is defendants' Administrative Motion to Extend their deadline to respond to Plaintiff's Motion for Summary Judgment. Good cause appearing, IT IS HEREBY ORDERED that defendants' motion (ECF No. 155) is granted; defendants' response deadline, currently set for May 9, 2023, is continued to June 13, 2023.

Dated: April 28, 2023

_/s/ Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Pat451.eot(op)