UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY L. PATTON, | No. 2: 19-cv-0451 KJN P |
| Plaintiff, | |
| v. | ORDER |
| F.N.P. LOADHOLT, et al., | |
| Defendants. | |

Plaintiff filed a motion for an extension of time to file an opposition to defendants' summary judgment motions. Plaintiff requests until August 1, 2023, to file his oppositions. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 163) is granted; and

2. Plaintiff shall file his oppositions to defendants' summary judgment motions on or before August 1, 2023; no further requests for extension of time will be granted.

Dated: June 9, 2023

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Pat451.eot(2)

1