UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY L. PATTON, | No. 2:19-cv-0451 KJN P |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| F.N.P. LOADHOLT, et al., | |
| Defendants. | |

Plaintiff filed a motion for extension of time to file a reply to defendants' opposition to plaintiff's motion for partial summary judgment. Plaintiff requests until August 1, 2023, to file the reply. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for extension of time (ECF No. 168) is granted; and

2. Plaintiff is granted until August 1, 2023, in which to file a reply to defendants' opposition (ECF No. 165).

Dated: July 25, 2023

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

patt0451.36(2)