UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY L. PATTON, | No. 2: 19-cv-0451 KJN P |
| Plaintiff, | |
| v. | ORDER |
| F.N.P. LOADHOLT, et al., | |
| Defendants. | |

     Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983.  On September 28, 2023, the undersigned granted defendants' summary judgment motion on the grounds that plaintiff failed to exhaust administrative remedies.  (ECF No. 184.)  Because plaintiff failed to exhaust administrative remedies, the undersigned declined to address defendants' summary judgment motion addressing the merits of plaintiff's claims.  (Id.)

     Pursuant to the mailbox rule, on September 30, 2023, plaintiff filed a supplemental opposition to defendants' summary judgment motions, an amended memorandum, and a motion for extension of time to file these pleadings.  (ECF Nos. 186, 187, 188.)   Plaintiff's pleadings filed September 30, 2023, are disregarded because the undersigned granted defendants' summary judgment motion on September 28, 2023.

////

Accordingly, IT IS HEREBY ORDERED that plaintiff's pleadings filed September 30, 2023 (ECF Nos. 186, 187, 188) are disregarded.

Dated: October 17, 2023

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Pat451.den